Tammy HUTSON, Appellant,

v.

PROTECTIVE LIFE INSURANCE
COMPANY, Appellee.

No. 04–2063.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 12, 2005.

Decided Jan. 18, 2005.

Michael J. Patton, Jeffrey T. Davis, Turner & Reid, Springfield, MO, for Plaintiff–Appellant.

Paul Grant White, Neale & Newman, Springfield, MO, Suzanne L. Montgomery, St. Louis, MO, for Defendant–Appellee.

Before WOLLMAN, MCMILLIAN, and FAGG, Circuit Judges.

PER CURIAM.

Tammy Hutson appeals the district court's * adverse grant of summary judgment in her action seeking recovery of the proceeds from a life insurance policy issued by Protective Life Insurance Company that named her as beneficiary and expired before the insured's death. The district court rejected Hutson's state-law claims for negligent misrepresentation and breach of contract. Because this is a diversity case, we review de novo questions of state law. Having considered the record and the parties' arguments, we are satisfied the district court correctly applied the controlling state law and properly resolved the issues. Because a comprehensive opinion would have no precedential value in a diversity case that is factually unique to these parties, we affirm on the basis of the district court's ruling without further discussion. *See* 8th Cir. R. 47B.

---

* The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.